IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES DEAN EGY,** | CIV S-08-0694 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **MICHAEL EVANS, et al.,** | |
| Respondents. | |

Respondents have requested a thirty (30) day extension of time in which to file Respondents' response to Petitioner's petition for writ of habeas corpus. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including June 27, 2008, in which to file a response to Petitioner's petition for writ of habeas corpus.

Dated: 06/06/08

/s/ Gregory G. Hollows
United States Magistrate Judge

egy0694.po