IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DEAN EGY,

        Petitioner,                  No. CIV S-08-0694 GEB GGH P

    vs.

MICHAEL EVANS, et al.,

        Respondent.            ORDER

_____/

        Petitioner has requested an extension of time to file an opposition to defendant's June 27, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's July 17, 2008 application for an extension of time (Docket #11) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file an opposition to defendant's motion to dismiss.

DATED: 07/29/08

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:ja
egy0694.111