IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DEAN EGY,

    Petitioner,               No. CIV S-08-0694-GEB-GGH P

    vs.

MICHAEL EVANS, et al.,

    Respondents.           <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file an opposition to the motion to dismiss filed on June 27, 2008. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's request for an extension of time (Docket #13) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file his opposition. No further extensions of time will be granted.

DATED: 09/08/08

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:cm
egy0694.111sec