1

2

3

4

5

6

7

8

9

10          IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13    **JAMES DEAN EGY,**                            CIV S-08-0694 GEB GGH P

14                                  Petitioner,      **ORDER**

15           **v.**

16    **MICHAEL EVANS, et al.,**

17                                  Respondents.

18

19          Respondents have requested a thirty (30) day extension of time in which to file

20    Respondents' reply to Petitioner's opposition to Respondents' motion to dismiss filed September

21    11, 2008.  GOOD CAUSE APPEARING, Respondents are granted an extension of time to and

22    including October 29, 2008, in which to file Respondents' reply to Petitioner's opposition to

23    Respondents' motion to dismiss.

24    Dated: 10/01/08                          /s/ Gregory G. Hollows

25                                             United States Magistrate Judge

26    egy0694.eot

27

28