IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DEAN EGY,

    Petitioner,        No. CIV S-08-0694 GEB GGH P

    vs.

MICHAEL EVANS, et al.,

    Respondents.      ORDER

_____/

    Petitioner has requested forty-five day extension of time to file objections to the February 3, 2009, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's February 19, 2009, request for an extension of time (Docket No. 24) is granted in part; and

    2. Petitioner is granted thirty (30) from the date of this order in which to file objections to the February 3, 2009, findings and recommendations (Docket No. 23).

DATED: 02/25/09

                        /s/ Gregory G. Hollows

                        GREGORY G. HOLLOWS
                        UNITED STATES MAGISTRATE JUDGE

GGH:kly
egy0694.111